\*\*\*\*Case 15-08010-JKO Doc 17-2 Filed 06/17/15 Page 1 of 2\*\*\*\*

\*\*\*\*CFN # 112272146, OR BK 50759 PG 833, Page 1 of 2, Recorded 05/07/2014 at 01:19 PM, Broward County Commission, Deputy Clerk 5055\*\*\*\* (Howard C. Forman, CLERK 2/20/2014 8:46:05 AM)

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

MACANDY, INC.,

    Plaintiff,

vs.

ERIC GEORGE and ERIC S. GEORGE
FUNERAL HOME, INC.,

    Defendants,

and

WANDA GRANT,

    Impleaded Defendant..
_____/

CASE NO. 10-6228 CACE 04

INSTR # 112272146
OR BK 50759 Pages 833 - 834
RECORDED 05/07/14 01:19:19 PM
BROWARD COUNTY COMMISSION
DEPUTY CLERK 5055
#4, 2 Pages

## ORDER SETTING ASIDE FRAUDULENT TRANSFERS

THIS MATTER was heard by the Court on the Plaintiff's Motion to Set Aside Fraudulent Transfers. The Court has reviewed the Motion, received evidence, and heard argument of counsel for the parties. The Court does thereupon

ORDER AND ADJUDGE that the Plaintiff's Motion to Set Aside Fraudulent Transfers is GRANTED. The transfers of the following parcels of real property from Defendant Eric George to Impleaded Defendant, Wanda Grant are hereby set aside and title to these parcels shall be returned solely to Defendant Eric George:

> Lot 25, Block 8, COLLEGE TRACT 2ND ADDITION, according to the Plat thereof, as recorded in Plat Book 19, Page 19, Public Records of Broward County, Florida.

> Lot 6, Block 2, CARVER HEIGHTS, according to the Plat thereof, as recorded in Plat Book 23, Page 25B, Public Records of Broward County, Florida.

~~The Court does also~~

~~ORDER AND ADJUDGE that Defendant Eric George shall immediately notify the tenants that are occupying both of the above-described parcels of real property that all future rent payments are to be made directly to Law Offices of Dane Stanish, P.A., 2200 Hollywood Blvd., Hollywood, FL 33020, pending further Order of this Court. Said rental monies shall be applied to reduce the amount of the Final Judgment previously entered by this Court in this matter.~~

The Court does retain jurisdiction to award the Plaintiff its reasonable attorney's fees and costs.

DONE AND ORDERED at Ft. Lauderdale, Florida, this 20th day of February, 2014.

_____
CIRCUIT COURT JUDGE

Copies furnished to:
Dane T. Stanish, Esq.
William Chennault, Esq.

STATE OF FLORIDA
BROWARD COUNTY
I DO HEREBY CERTIFY the within and foregoing is a true and correct copy of the original as appears on record and file in the Office of the Clerk of Broward County, Florida.
WITNESS my hand and official seal at Ft. Lauderdale, Florida, this _____

_____
Deputy Clerk